# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK WAWRZYNSKI, LORI WAWRZYNSKI, <br> *Plaintiffs* <br><br> -vs- <br><br> ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, <br> *Defendant* | § § § § § § § § § § | SA-20-CV-00784-XR |

## ORDER

On this date, the Court considered the status of this case. The parties previously informed the Court that they had reached a settlement. ECF No. 21. Accordingly, the parties were ordered to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before November 15, 2021. ECF No. 22. No such stipulation or agreed judgment has been filed, and the parties have not requested an extension of time in which to do so.

It is therefore **ORDERED** that **within seven days** the parties submit either (1) a stipulation of dismissal or agreed judgment, or (2) a request for an extension of time to do so. Any motion for extension should include good cause for the parties' failure to timely abide by the Court's previous Order. Failure to timely respond to this Order will result in dismissal of this case.

It is so **ORDERED**.

SIGNED this November 19, 2021

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE